JOHN C. BOYDEN, SBN 3917
P.O. Box 3559
Reno, Nevada 89505
Phone: 775-786-3930
jboyden@etsreno.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NVBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone: 415-977-8954
Fax: 415-744-0134
april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY M. BLAKSTAD<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:15-cv-00697-RFB-VCF<br><br>**JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

　　　　Plaintiff Tracy M. Blakstad (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to issue a new decision.

　　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to evaluate the

-1-

evidence and determine whether Plaintiff has the residual functional capacity to perform her past relevant work.  The Appeals Council will also instruct the ALJ to obtain supplemental vocational expert testimony, if appropriate, to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors, and residual functional capacity.

Respectfully submitted,

Date:   February 8, 2016

By:   */s/\* John C. Boyden*
JOHN C. BOYDEN
*by email authorization on 2/5/16

Attorney for Plaintiff

Date:   February 8, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   February 19, 2016.

RICHARD F. BOULWARE, II
United States District Judge

-2-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g) to be served, via CM/ECF notification, on:

    JOHN C. BOYDEN
        P.O. Box 3559
        Reno, Nevada 89505
        jboyden@etsreno.com

Date:   February 8, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant